UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| BRANDEN WILLIE ISELI,<br><br>            Petitioner,<br><br>      v.<br><br>JEFF LYNCH<br><br>            Respondent. | No. 2:24-cv-837 WBS SCR<br><br><br>ORDER RELATING CASES |
| BRANDEN WILLIE ISELI,<br><br>            Petitioner,<br><br>      v.<br><br>JEFF LYNCH,<br><br>            Respondent. | No. 2:24-cv-1578 KJM DMC |

----oo0oo----

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a), because

1

they are habeas petitions challenging the same state court judgment. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated Iseli v. Lynch, No. 2:24-cv-837 WBS SCR, and Iseli v. Lynch, 2:24-cv-1578 KJM DMC, be, and the same hereby are, deemed related. The case denominated Iseli v. Lynch, 2:24-cv-1578 KJM DMC, shall be reassigned to Judge William B. Shubb and Judge Sean C. Riordan. Any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the captions on documents filed in the reassigned case shall be shown as Iseli v. Lynch, 2:24-cv-1578 WBS SCR.

IT IS FURTHER ORDERED that the Clerk of the Court make an appropriate adjustment in the assignment of cases to compensate for this reassignment.

Dated: September 27, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE