UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDEN WILLIE ISELI, | No. 2:24-cv-0837 WBS SCR |
| Petitioner, | |
| v. | ORDER |
| JEFF LYNCH, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 10, 2025, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 30. Petitioner filed objections to the findings and recommendations. ECF No. 31.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

1    Accordingly, IT IS HEREBY ORDERED that:

2    1. The findings and recommendations (ECF No. 30) are adopted in full.

3    2. This action is summarily dismissed without prejudice as an unauthorized second or successive § 2254 application.

3. To the extent that petitioner requests the court to transfer his habeas petition to the Ninth Circuit Court of Appeals, the request is denied without prejudice to filing an Application for Leave to File a Second or Successive Petition under 28 U.S.C. § 2254 on the appropriate form.  The Clerk of Court is directed to send petitioner one courtesy copy of Form 12 for filing an Application for Leave to File a Second or Successive Petition in the Ninth Circuit Court of Appeal.

4. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Dated:  May 2, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Th/Isel0837.805.hc

2

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 12. Application for Leave to File Second or Successive Petition under 28 U.S.C. § 2254 or Motion under 28 U.S.C. § 2255

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form12instructions.pdf*

9th Cir. Case Number *(to be provided by court)* _____

Applicant Name _____

Prisoner Registration Number _____

Address _____

_____

Name of Respondent (Warden) _____

**You MUST answer the following questions:**

(1) What conviction(s) are you challenging?

_____

_____

(2) In what court(s) were you convicted of these crime(s)?

_____

_____

(3) What was the date of each of your conviction(s) and what is the length of each sentence?

_____

_____

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 12**                                            *1*                                     Rev. 12/01/18

**For questions (4) through (10), provide information separately for each of your previous §§ 2254 or 2255 proceedings. Use additional pages if necessary.**

(4) Has the judgment of your conviction or sentence been modified or amended? If yes, when and by what court?

_____

_____

(5) With respect to **each** conviction and sentence, have you ever filed a petition or motion for habeas corpus relief in federal court under **28 U.S.C. § 2254** or **§ 2255**?

Yes ☐   No ☐

   (a) In which federal district court did you file a petition or motion?

_____

   (b) What was the docket number?

_____

   (c) On what date did you file the petition/motion?

_____

(6) What grounds were raised in your previous habeas proceeding?
*(list all grounds and issues previously raised in that petition/ motion)*

_____

_____

_____

(7) Did the district court hold an evidentiary hearing?   Yes ☐   No ☐

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 12**      2     *Rev. 12/01/18*

(8) How did the district court rule on your petition/motion?

☐ District court **dismissed** petition/motion. If yes, on what grounds?

_____

☐ District court **denied** petition/motion.

☐ District court **granted** relief. If yes, on what claims and what was the relief?

_____

(9) On what date did the district court decide your petition/motion?

_____

(10) Did you file an appeal from that disposition?   Yes ☐   No ☐

(a) What was the docket number of your appeal?

_____

(b) How did the court of appeals decide your appeal?

_____

(11) State concisely each and every ground or issue you wish to raise in your current petition or motion for habeas relief. Summarize briefly the facts supporting each ground or issue.

_____

_____

_____

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 12                                          3                                   Rev. 12/01/18

(12) For each ground raised, was it raised in the state courts? If so, what did the state courts rule and when? *(Attach a copy of all relevant state court decisions, if available)*

_____

(13) For each ground/issue raised, was this claim raised in any prior federal petition/motion? *(list each ground separately)*

_____

_____

(14) For each ground/issue raised, does this claim rely on a new rule of constitutional law? *(list each ground separately and give case name and citation for each new rule of law)*

_____

_____

(15) For each ground/issue raised, does this claim rely on newly discovered evidence? What is the evidence and when did you discover it? Why has this newly discovered evidence not been previously available to you? *(list each ground separately)*

_____

_____

_____

(16) For each ground/issue raised, does the newly discovered evidence establish your innocence? How?

_____

_____

(17) For each ground/issue raised, does the newly discovered evidence establish a federal constitutional error? Which provision of the Constitution was violated and how?

_____

_____

(18) Provide any other basis for your application not previously stated.

_____

_____

_____

**Signature** _____ **Date** _____

**In capital cases only, proof of service on respondent MUST be attached. A sample proof of service is attached to this form.**

**Attach proposed section 2254 petition or section 2255 motion to this application.**

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# CERTIFICATE OF SERVICE

## Applications for Leave to File Second or Successive 28 U.S.C. §§ 2254/2255 Petitions/Motions

## DEATH PENALTY CASES ONLY

Case Name _____ v. _____

I certify that a copy of the application for leave to file a second or successive 28 U.S.C. § 2254 petition or § 2255 motion with any attachments was served, either in person or by mail, on the person listed below.

Signature _____
*(Notary NOT required)*

Date of Service _____

Name                                     Address

_____   _____

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 12**                              *6*                              *Rev. 12/01/18*